PD-0259-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/9/2015 4:50:45 PM
Accepted 3/10/2015 10:32:39 AM
ABEL ACOSTA
CLERK

**PDR#: TO BE ASSIGNED**
**COURT OF APPEALS NUMBER 13-13-00579-CR**

---

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS

---

**CHRISTOPHER LONG,**

FILED IN
COURT OF CRIMINAL APPEALS

**v.**

**APPELLANT,**

March 10, 2015

**STATE OF TEXAS,**

ABEL ACOSTA, CLERK

**APPELLEE.**

---

*FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME*
*TO FILE PETITION FOR DISCRETIONARY REVIEW*

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, APPELLANT, CHRISTOPHER LONG'S COURT APPOINTED COUNSEL FOR DIRECT APPEAL, and files this motion to request that the time for filing a Petition for Discretionary Review in this cause be extended by 90 days and as reasonable explanation for the extension, would show the following:

I.

Appellant's Motion for Rehearing in this cause was denied by the 13th Court of Appeals, on or about, February 6, 2015. Appellant's Petition for

Discretionary Review is due on, or about, March 9, 2015.

## II.

This extension is not sought for purposes of delay. The undersigned, is Appellant's court appointed attorney for direct appeal and requests that Appellant be granted an additional 90 days to file a PDR due to the following. The undersigned has been unable to find a current mailing address for Appellant. The undersigned has therefore been unable to inform Appellant that he may file a Petition for Discretionary Review (PDR) with the Court of Criminal Appeals, but also, that he is not entitled to a court appointed lawyer to file a PDR for him.

## III.

The undersigned respectfully requests that the Court extend the time for filing a Petition for Discretionary Review in order that the undersigned can provide notice to, and opportunity for, Appellant to review the record more extensively, hire an attorney (if possible) to assist with the preparation of a Petition for Discretionary Review, or prepare and file a Petition for Discretionary Review *pro se*.

Due to the foregoing, the undersigned respectfully requests a 90 day extension for filing of the Petition for Discretionary Review and to allow the Appellant to continue pursuing this appeal.

IV.

There has been no previous request for extension.

V.

The undersigned has conferred with the State regarding this motion and the State is not opposed to this request.

WHEREFORE, Appellant requests the Court of Criminal Appeals extend the time for filing Appellant's Petition for Discretionary Review, and for such other and further relief to which the undersigned is justly entitled.

Respectfully submitted,

LUIS A. MARTINEZ, P.C.
209 W. Juan Linn
P.O. Box 410
Victoria, Texas  77902-0410
(361) 676-2750 (Telephone)
(361) 575-8454 (Telefax)

Email:
Lamvictoriacounty@gmail.com

Luis A. Martinez
State Bar No. 24010213

## CERTIFICATE OF SERVICE

This is to certify that a true, correct and complete copy of the foregoing instrument has been served the attorney(s) in this cause on the 9th day of March, 2015.

_____
Luis A. Martinez

*Via Email:*

THE HON. ROB LASSMAN
Attorney for Appellee (On Appeal)
DeWitt County Assistant District Attorney
DeWitt County Courthouse
115 N. Gonzalez
Cuero, Texas 77954

# VERIFICATION

THE STATE OF TEXAS       §
                                        §

COUNTY OF **Victoria**       §

BEFORE ME, the undersigned Notary Public, on this day personally appeared LUIS A. MARTINEZ, who being by me duly sworn, on his oath deposed and said that he is the attorney in the above-entitled and numbered cause of action and has read the forgoing motion, and the facts stated therein are within his personal knowledge and are true and correct.

_____
Luis A. Martinez

SUBSCRIBED AND SWORN TO BEFORE ME, on the **9th** day of **March**, 201**5**, to certify which witness my hand and official seal.



_____
NOTARY PUBLIC in and for the
STATE OF TEXAS

BRIE HANCHETT
Notary Public, State of Texas
My Commission Expires
JULY 30, 2018